UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| LORD, JAMES ROBERT | ) | Case No. 06-03876-SQU |
| | ) | |
| | ) | Hon. JOHN H. SQUIRES |

**APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO:   HONORABLE JOHN H. SQUIRES
      BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on April 7, 2006. On August 16, 2006, an order was entered approving the employment of Counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $8,697.75, in compensation for 25.20 hours of services performed for the period April 21, 2006 through present and reimbursement of actual expenses in the amount of $39.57.

3. A description of the nature of the services rendered by the Applicant is as follows:

ADVERSARY COMPLAINT

Cohen and Krol drafted and filed the Trustee's Objection to Discharge. Attorneys' for the Trustee appeared on her behalf at several status hearings, communicated with the parties and ultimately obtained a waiver of discharge from the Debtor. Cohen & Krol expended 6.30 hours in the activity of Adversary Complaint.

ASSET RECOVERY

Cohen and Krol assisted the Trustee in her efforts to recover assets for the benefit of creditors. Cohen and Krol reviewed financial documents concerning the Debtor's business enterprise. Cohen and Krol also reviewed documents regarding the transfer of the Debtor's interest in his residence to his father. Cohen and Krol assisted the Trustee in negotiating a sale by

**EXHIBIT G**

the Debtor's father for the Estate's interest in the property which resulted in the Trustee making a meaningful dividend to creditors. Cohen and Krol expended 3.25 hours in the activity of Asset Recovery.

DISMISSAL

After the Trustee discovered undisclosed assets and real property transfers, the Debtor filed his motion to dismiss this proceeding. Cohen and Krol appeared on the Trustee's behalf to oppose the Debtor's motion which was ultimately denied. Cohen and Krol expended .60 in the activity of Dismissal.

EXEMPTIONS

The Debtor filed an exemption claim as to his homestead property. Cohen and Krol prepared and presented the Trustee's Objection to Exemption. This objection was based on the Debtor's fraudulent concealment of assets in this case. Cohen and Krol expended 3.70 hours in the activity of Exemptions.

OBJECTION TO DISCHARGE

Cohen and Krol prepared and presented two motions on behalf of the Trustee to extend the time to file Objections to the Debtor's Discharge. Cohen and Krol expended 4.10 hours in the activity of Objection to Discharge.

PROFESSIONAL EMPLOYMENT

Cohen and Krol prepared and presented Trustee's Application to Employ Attorneys for Trustee as well as Trustee's Application to Employ a Real Estate Broker. Both applications were required by the Bankruptcy Code and necessary to further the administration of this Estate. Cohen and Krol expended 3.20 hours in the activity of Professional Employment.

TURNOVER

The Debtor had refused to cooperate with the Trustee in her efforts to examine his business books and records as well as her attempts to gain access to his real estate. As a result of the Debtor's lack of cooperation, it became necessary for the Trustee to obtain Court orders requiring the turnover of documents and access to the property. Cohen and Krol assisted the Trustee in obtaining the requisite Court orders. Cohen and Krol expended 3.10 hours in the activity of Turnover.

**EXHIBIT G**

WITHDRAWAL

Debtor's attorney sought leave of Court to withdraw from this case. Cohen and Krol represented the Trustee's interest in this motion. Cohen and Krol expended .95 hours in the activity of Withdrawal.

4. Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed

5. The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| GINA B. KROL GBK/2006 | 16.15 | 350.00 | 5,652.50 |
| LINDA M. KUJACA LMK/2006 | 4.10 | 290.00 | 1,189.00 |
| GINA B.KROL GBK/2007 | 4.95 | 375.00 | 1,856.25 |

6. Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

7. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $8,687.75 and reimbursement of actual and necessary expenses of $39.57 for legal services rendered in this case.

RESPECTFULLY SUBMITTED,

Date: July 27, 2010                              /s/ Gina B. Krol

GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602

**EXHIBIT G**