JOHN H. SQUIRES

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                              §
                                    §
                                    §
LORD, JAMES ROBERT                  §         Case No. 06-03876 SQU
                                    §
         Debtor(s)                  §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF BANKRUPTCY COURT
          KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/27/2010 in Courtroom 4016,
          United States Courthouse
          505 N. County Farm Rd.
          Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/27/2010                    By: CLERK OF BANKRUPTCY COURT


GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
LORD, JAMES ROBERT § Case No. 06-03876 SQU
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 50,528.99 |
| and approved disbursements of | $ | 162.60 |
| leaving a balance on hand of[1] | $ | 50,366.39 |

Claims of secured creditors will be paid as follows:

*Claimant*  *Proposed Payment*
_____  $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee: GINA B. KROL | $ 5,776.45 | $ 0.00 |
| Attorney for trustee: Cohen & Krol | $ 8,697.75 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Fees:* | $ | $ |
| *Other: Cohen & Krol* | $ 0.00 | $ 39.57 |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,800.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | IRS<br>P.O. Box 21126<br>Philadelphia, PA 19114-1126 | $ 3,200.00 | $ 3,200.00 |
| 000004 | Illinois Department of Revenue<br>Attention: Bankruptcy<br>100 West Randolph Street<br>Chicago, IL 60601 | $ 600.00 | $ 600.00 |
| | | $ | $ |

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 260,781.75  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  12.3  percent.

    Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 000001 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | $ 5,808.39 | $ 713.91 |
| 000002 | US DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>COLLECTION OFFICER, HRSA<br>5600 FISHERS LANE, RM. 8B45<br>ROCKVILLE, MD 20857 | $ 96,108.82 | $ 11,812.71 |
| 000006 | CHASE NA<br>GREAT LAKES COLLECTION<br>34 OAK ST<br>BUFFALO, NY  14203-2626 | $ 3,539.00 | $ 434.98 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000007 | PRIME OPTION/LVNV FUNDING LLC<br>MERCHANT"S CREDIT GUIDE CO.<br>223 W JACKSON BLVD<br>CHICAGO, IL  60606-6908 | $ 4,024.21 | $ 494.61 |
| 000008 | SUBURBAN RADIOLOGISTS<br>DEPENDON COLLECTION SERVICES<br>7627 LAKE ST STE 210<br>RIVER FOREST, IL  60305-1878 | $ 115.00 | $ 14.13 |
| 000011 | TRINITY ORTHOPEDICS S.C.<br>MERCHANT"S CREDIT GUIDE<br>223 W JACKSON BLVD STE 900<br>CHICAGO, IL  60606-6912 | $ 227.00 | $ 27.90 |
| 000012 | ECMC<br>P. O. Box 8809<br>Richmond, VA 23225 | $ 150,959.33 | $ 18,554.38 |

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

   Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/GINA B. KROL_____
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dpruitt               Page 1 of 1                   Date Rcvd: Aug 17, 2010
Case: 06-03876                 Form ID: pdf006             Total Noticed: 24

The following entities were noticed by first class mail on Aug 19, 2010.
 db            James Robert Lord,    185 Greenway Trl,    Carol Stream, IL 60188-1622
 aty          +Christopher J Hales,    Burke, Burns & Pinelli, Ltd,    70 W. Madison,    Suite 4300,
                Chicago, IL 60602-4229
 aty          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
 aty          +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
 aty          +Linda M Kujaca,    Law Office of Deborah K. Ebner,    11 E. Adams,    Suite 904,
                Chicago, IL 60603-6306
 aty          +Michael J. Davis,    Springer, Brown, Covey, Gaetner & Davis,    400 S County Farm Road,
                Suite 330,    Wheaton, IL 60187-4547
 tr           +Gina B Krol,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
10684987       ACS,    PO BOX 7051,    UTICA, NY 13504-7051
10684988      +CHASE NA,    GREAT LAKES COLLECTION,    34 OAK ST,    BUFFALO, NY 14203
10684989      +DU PAGE COUNTY TREASURER,    421 N COUNTY FARM RD,    WHEATON, IL 60187-3992
11064893      +ECMC,    P. O. Box 8809,    Richmond, VA 23225-0509
11054813     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    Attention: Bankruptcy,
                100 West Randolph Street,    Chicago, IL 60601)
10684990     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: I.R.S.,    PO BOX 21126,    PHILADELPHIA, PA 19114-0326)
11054782     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: IRS,    P.O. Box 21126,    Philadelphia, PA 19114-1126)
10684985       LORD JAMES ROBERT,    185 Greenway Trl,    Carol Stream, IL 60188-1622
10684986       Law Offices Of Steven H Mevorah,    & Associates,    134 N Bloomingdale Rd,
                Bloomingdale, IL 60108-1017
10684991      +PRIME OPTION/LVNV FUNDING LLC,    MERCHANT'S CREDIT GUIDE CO.,    223 W JACKSON BLVD,
                CHICAGO, IL 60606-6993
10976564      +Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
10684992       SEARS NATIONAL BANK,    PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 12914,
                NORFOLK, VA 23541-0914
10684993       SUBURBAN RADIOLOGISTS,    DEPENDON COLLECTION SERVICES,    7627 LAKE ST STE 210,
                RIVER FOREST, IL 60305-1878
10684994      +SUN TRUST HEAL - SLSC,    TELLER, LEVIT & SILVERTRUST, P.C.,    11 E ADAMS ST STE 800,
                CHICAGO, IL 60603-6369
10684995       TEMPLE UNIVERSITY,    CARNELL HALL, 040-13,    1801 N BROAD ST,    PHILADELPHIA, PA 19122-6003
10684996      +TRINITY ORTHOPEDICS S.C.,    MERCHANT'S CREDIT GUIDE,    223 W JACKSON BLVD STE 900,
                CHICAGO, IL 60606-6993
11050049      +US DEPARTMENT OF HEALTH AND HUMAN SERVICES,    COLLECTION OFFICER, HRSA,
                5600 FISHERS LANE, RM. 8B45,    ROCKVILLE, MD 20857-0001

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2010**                    **Signature:** *[signed] Joseph Speetjens*